UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOBHANA RETNASAMI and RANDALL KENNEDY, individually and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>HAL ANTILLEN N.V., a Netherlands Antilles corporation; HOLLAND AMERICA LINE N.V., a Netherlands Antilles corporation; HOLLAND AMERICA LINE INC., a Washington corporation; HOLLAND AMERICA LINE - USA INC., a Delaware corporation; HOLLAND AMERICA LINE WESTOURS, INC., a Washington corporation; and ENTITIES "A" through "Z",<br><br>Defendants. | No. CV5-1615 MJP<br><br>ORDER DENYING PLAINTIFF'S MOTION TO WAIVE COMPLIANCE WITH MEDIATION REQUIREMENT OF LOCAL RULE 39.1. |

    Plaintiffs have filed a motion to waive compliance with the mediation requirement of Local Rule 39.1. Plaintiffs allege that mediation would impose an unreasonable expense on them due to the fact that they reside in Mauritius. But Plaintiffs have not documented their residency in Mauritius or their travel plans to and from the United States. Mediation is required under the local rules and is a good first step in the litigation process. The parties must attempt mediation with a private mediator before the Court will consider appointing a judge to conduct a settlement conference pursuant to Local Rule 39.1(e).

    The parties shall secure a date to conduct the mediation within ten days of this order. The mediation may be conducted telephonically.

ORDER ON MOTION TO WAIVE COMPLIANCE WITH MEDIATION REQUIREMENT - 1

1   The Clerk is directed to send copies of this order to all counsel of record.

2   Dated this ____ day of October, 2006.

/s Marsha J. Pechman

Marsha J. Pechman
United States District Judge

ORDER ON MOTION TO WAIVE COMPLIANCE WITH MEDIATION REQUIREMENT - 2